# CARRILLO & CARRILLO

### LAW FIRM-ABOGADOS

Charlie Ezra Carrillo (NY)

**VIA ECF**  May 12, 2020
The Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *Choto Pleitez v. Republic of El Salvador*
        21-cv-01424 (PGG)
        Motion for Adjournment of Pretrial Conference

Dear Judge Gardephe:

    The undersigned counsel writes on behalf of the Plaintiffs to request an adjournment of the Pretrial Conference scheduled for May 20, 2021 at 10:15 AM.

    Due to past and ongoing restrictions related to the COVID-19 pandemic coupled with the fact that all of the Defendants in this case are located outside the United States, undersigned counsel has been unable to properly serve the Defendants in this case.  Many of the government facilities located in El Salvador have been closed due to COVID-19 restrictions but are slowly reopening now. Several of the Defendants are incarcerated in El Salvador and must be served at the prison in El Salvador.  For these same reasons, counsel has been unable to request Defendants' consent to this Motion for Adjournment.

    For the above stated reasons, Plaintiffs' counsel respectfully requests Your Honor grant this motion and order a one-month adjournment of the pretrial conference and schedule the pretrial conference for a date in late June 2021.

**Memo Endorsed:**  This application is granted.  The initial pretrial conference scheduled for May 20, 2021 is adjourned to June 24, 2021 at 10:30 a.m.

SO ORDERED.

*[Signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Dated: May 13, 2021

Respectfully submitted,

*[Signature: Charlie Carrillo]*

Charlie Carrillo, Esquire

**NEW YORK OFFICE**
**7621 13th Avenue**
**Brooklyn, NY 11228**

**PHONE: (301) 378-8595 | FAX: (240) 680-2762 | Email: cc@carrillobrux.com**