UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSÉ AMILCAR CHOTO PLEITEZ, MARIA YOLANDA MEJIA DE HERNANDEZ, PEDRO ANTONIO LEVIA, SNAIJJDER STANLEY LEIVA RIVAS, and MARIA FRANCISCA GOMEZ VIUDA DE RAMOS,

Plaintiffs,

- v. -

REPUBLIC OF EL SALVADOR, GENERAL DAVID MUNGUÍA PAYÉS *Former Minister Of Defense*,  THE ARMED FORCES OF EL SALVADOR, SIXTH MILITARY DETACHMENT;  SERGEANT SANTOS MANUEL CORETO RAMIREZ; SOLDIERS:  RONALD ALBERTO RODRIGUEZ POZO, JUAN OVIDIO SANTIAGO GARCIA, JOSÉ ALEXANDER SANTAMARIA CONSTANTE, MANUEL DE JESUS SANTOS SÁNCHEZ, and ARELY ELIZABETH ESQUINA DE RAMOS;  and THE NATIONAL CIVIL POLICE,

Defendants.

**ORDER**

21 Civ. 1424 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

Pursuant to this Court's July 19, 2023 Order granting the motion to dismiss filed by Defendants the Republic of El Salvador, the Armed Forces of El Salvador, and El Salvador's

National Civil Police (the "Government Defendants") (Dkt. No. 61), the Clerk of Court is directed to terminate the Government Defendants as Defendants.

Dated: New York, New York
      August 22, 2023

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge