# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CHOTO PLEITEZ,

*Plaintiffs*

v.

REPUBLIC OF EL SALVADOR

*Defendants*

Civil Action No.: 21-cv-01424-PGG

# ORDER

Upon due consideration of the Plaintiffs' Letter Motion for Alternative Service, it is this 13th day of December, 2023, hereby, by the United States District Court for the Southern District of New York,

**ORDERED** that the Plaintiffs shall serve Defendant General Payés and Defendants Manuel de Jesús Santos Sánchez, and Arely Elizabeth Esquina de Ramos in accordance with Federal Rule of Civil Procedure 4(f)(1), utilizing the Inter-American Convention on Letters Rogatory and Additional Protocol (IACAP).

Dated: December 13, 2023

_____
Judge Paul G. Gardephe
United States District Judge
Southern District of New York